Daniel, J.
 

 Whether the sixteen years undisturbed
 
 user
 
 of the dams by the defendant, taken together with the four years discontinuance of the dam of 1831, by contract with his son, is or is not sufficient in law to raise a presumption of a grant to him of the privilege to dam the drain and throw back the water on the plaintiff’s land, is a question not necessary for us now to decide. For it is admitted, that there was no evidence in the cause, that the water was ever ponded, by means of the erection of the old dam
 
 75
 
 yards down the stream, to as high a point on the plaintiff’s land, as it was by the dam made by the defendant in the year 1842. The plaintiff was then certainly entitled to recover, under any aspect of the case. The damages assessed are but nominal, and the defendant has no right to complain.— The judgment must be affirmed.
 

 Per Curiam. Judgment affirmed.